# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIMBERLY TATE,               )

                              )

           Plaintiff,      )    Case No.: 2:16-cv-02386-GMN-VCF

    vs.                   )

                              )    **ORDER**

NANCY A. BERRYHILL, Acting    )

Commissioner of Social Security   )

                              )

          Defendant.     )

_____)

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 23), which recommends that Plaintiff Kimberly Tate's ("Plaintiff's") Motion for Remand, (ECF No. 18), be denied and the Acting Commissioner's Cross-Motion to Affirm and Opposition to Plaintiff's Motion for Reversal be granted, (ECF No. 19).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 23) (setting a deadline of January 20, 2020, for objections)

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 23), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Remand, (ECF No. 18), is **DENIED** and the Acting Commissioner's Cross-Motion to Affirm, (ECF No. 19), is **GRANTED**.

The Clerk is instructed to enter judgment accordingly and close the case.

**DATED** this __23__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court